FILED

August 20, 2025

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

AHSAN NAEEM

        Defendant.

Case No.  2:25-mj-00113-SCR-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release Ashan Naeem Case No. <u>2:25-mj-00113-SCR-2</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

      _____ Release on Personal Recognizance

      _____ Bail Posted in the Sum of $ _____

      __X__ Unsecured Appearance Bond $  50,000.00

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

      __X__ (Other): <u> .Defendant to be released at 8:00 AM on 8/22/2025 to Fred Scoville.</u>

    Issued at Sacramento, California on August 20,2025 at 2:35 PM

        By:   /s/ Carolyn K. Delaney _____

        Chief Magistrate Judge Carolyn K. Delaney